Nellie J. Tabor, Respondent, v. Clarence H. Tabor, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred.

Elizabeth Towers, Appellant, v. Franklin A. Errington, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

David L. Whitmore, Who Sues on Behalf of Himself and All Other Private Consumers of Water in the City of Mount Vernon, Similarly Situated, Respondent, v. New York Inter-Urban Water Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. Without passing upon the merits of the controversy, in view of the defendant's statement that it does not intend to cut off the water for failure to pay the higher rates until its right to do so is determined, it seems best to continue the temporary injunction until the trial of the action. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.